UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REBECCA TOMS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendants. | Case No. 10-cv-440-JPG |

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security to deny petitioner Rebecca Toms' applications for disability insurance benefits and supplemental security income is reversed and this case is remanded to the Commissioner of Social Security for rehearing and reconsideration of the evidence and for a new decision.

                                                             **NANCY J. ROSENSTENGEL, CLERK**

                                                             s/Brenda K. Lowe, Deputy Clerk

**Date: June 23, 2011**


**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**